| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAY STEVENS,<br><br>　　　　Defendant.<br>_____ | )<br>)<br>)<br>)　Case No. 3:22-cr-00016-SLG<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT OF DISCHARGE
### F<small>ED</small>.R.C<small>RIM</small>.P. 32(k)(1)

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

　　　　☒ The court has granted the motion of the government for dismissal with prejudice; of the offenses of Distribution of Methamphetamine; 21 U.S.C. § 841(a)(1), (b)(1)(C) and (b)(1)(B) as charged in counts 1, 2 and 3 of the Indictment.

　　　　**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

　　**DATED** this 28th day of April, 2023.

　　　　　　　　　　　　　　　　　　　s/Sharon L. Gleason
　　　　　　　　　　　　　　　　　　　SHARON L. GLEASON
　　　　　　　　　　　　　　　　　　　United States District Judge

[DISCHARG*Rev.07/03]